FR: Raymundo Fernandez #166839 B-3-W
(H.C.C.C.) 35 Hackensack Road
South Kearny, New Jersey, 07032

Date: 05-16-06

To: William T. Walsh /Clerk
M.L.K. Federal Building
50 Walnut Street
Newark, New Jersey, 07101

## AMENDED  06-CV-503

Raymundo Fernandez v. Oscar Aviles,
And Eric Roberts

Sir, I wish to amend the following defendants to plaintiff's claim.

Defendant 1          Oscar Aviles
Official Position    Director of Hudson County Corr. Center
Place of Employment. Hudson County Corr. Center

Defendant has oversee's the daily operations of this facility, and has failed to correct serious problems regarding Inmates Care, and Housing.

Second Defendant. _Eric Roberts_
Official Position. _Deputy Director_
Place of Employment. _Hudson cty Corr. Center._

How is this Person Involved?

He Also oversees operations of this Facility And is neglecting several issue's of Inadequate Care, And Housing.

# Civil Right's Complaints

Defendant's are responsible for all of the Daily operations of this institution, and the physical and mental as well enviromental Health conditions endured by all inmates and detainees cofined within this institution.

Plaintiff's contends that said defendant is responsible for the water supply flowing within this institution, and that the water is enviromentally safe for human consumption and bathing.

Plaintiff's further submits that nnd as stated as follows as for the overall Violations:

1) Living in an over crowded prison for the past ___ months at over 150% capacity.
2) Poor water quality, Water tastes, and smells badly, it is unsuitable for drinking and Leave's skin very dry and irritated causing rashes, and minor skin infections, and itching.
3) No heat during winter month's and only allowed (1) sheet and (1) Thin Blanket to keep warm.

2-A

4) Concerns of the recirculated air, and the continued Rigid Air temperature.

5) Unsanitary food that does not meet basic nutritional need. Hot foods are often served cold, and only one small container of Hot tea in the A.M. for the entire Tier. of Approx 96 inmates / detainees. Food is often brought inside the Tier only to be transfered to the floor by the feeder's wearing no plastic gloves or hairnets as they handle food before serving food to inmates and detainees.

6) No Para legals or Assistants in law library to help Assist in legal Research.

7) H.C.C.C. does not Honor certified mail which denies inmates access to the Court's.

8) H.C.C.C. does not check the records/paperwork of inmate and detainee is and should be legally detained.

9) Inmate's Are housed in general population with contaigous deases such as HIV, AIDS, and Hepatitus.

10) Inadequate cleaning supplies, such as mops, Ringers buckets and brooms, Soap scum on showers is Atrocious. Inmates are not given cleaning supplies to clean cells, floors, walls, etc.

Plaintiff's submits the following, said parties mentioned in this Action be held Accountable, And that equitable pRocedural due pRocess of law is/has been denied to plaintiff as well as seRious enviRomental And health Risk

x Raymundo Fernandez #166839

x *[signature]*

2-C

